12 A.3d 285

**Ruth Anne TOWNSEND, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

Jan. 5, 2011.

Prior report: —— Pa. ——, —— A.3d ——.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of January, 2011, the Motion to Expedite and the Petition for Allowance of Appeal are hereby **DENIED.**